**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 18, 2022

**BY ECF & EMAIL**
Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

    **Re:**    <u>**United States v. Rodney Waggoner**</u>
            22-CR-557 (JPC)

Dear Judge Cronan:

    I write to respectfully request that the Court modify Mr. Waggoner's bail conditions to eliminate the requirement that his bond be co-signed by a third financially responsible person. Neither the government nor Pretrial Services object to this request.

    On September 30, 2022, Magistrate Judge James L. Cott ordered Mr. Waggoner released on his own signature and several additional bail conditions, including *inter alia* a $100,000 personal recognizance bond to be co-signed by three financially responsible people by October 14, 2022, home incarceration, and location monitoring.

    Mr. Waggoner has successfully obtained two financially co-signers – his partner and his mother. However, he is having difficulty locating a third. As two co-signers are already approved, and Pretrial Services confirms Mr. Waggoner is in compliance with all his other bail conditions, including home incarceration enforced through location monitoring, we respectfully request that the Court remove the condition that his bond be co-signed by a third financially responsible person. As noted above, the government and Pretrial Services consent to this request.

    Sincerely,

    /s/ Hannah McCrea
    Hannah McCrea
    Assistant Federal Defender
    (646) 574-0351

CC:    AUSA Ryan Finkel
          USPSO Ashley Cosme

The request is granted. It will suffice for Mr. Waggoner's bond to be co-signed by the two financially responsible persons whose signatures he has already obtained; a third financially responsible person need not co-sign his bond.

SO ORDERED
Date: October 19, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge