**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

December 1, 2022

**VIA ECF**
Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> The request is granted. Defendant may leave his home between 11 a.m. and 7 p.m. on December 4, 2022 in order to attend Ms. Branche's funeral.
>
> SO ORDERED
> Date: December 2, 2022
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

Re:   **United States v. Rodney Waggoner**
        **22 CR 557 (JPC)**

Dear Judge Cronan:

I write to respectfully request permission for Mr. Waggoner to attend his aunt's funeral this Sunday, December 4, 2022, in Manhattan. I have confirmed that neither Pretrial Services nor the government opposes this request.

Mr. Waggoner's aunt, Callie Marie Branche, who was a central figure in his upbringing, passed away on November 26, 2022. Her funeral is scheduled for this Sunday, December 4, 2022, in Manhattan. *See* **Exhibit A** (Funeral Notice). Mr. Waggoner requests permission to be out of his home from 11am until 7pm that day to attend the viewing, the service, and the anticipated reception, including travel time. Pretrial Officer Ashley Cosme has informed him that because he is under home incarceration, this request requires judicial approval.

I have conferred with AUSA Ryan Finkel, who informs me the government has no objection to this request provided Mr. Waggoner shares all scheduling information with Pretrial Services, which Mr. Waggoner agrees to do.

Sincerely,

 */s/ Hannah McCrea*
Hannah McCrea
Assistant Federal Defender
(646) 574-0351

CC:   AUSA Ryan Finkel
        Pretrial Services Officer Ashley Cosme