**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

May 18, 2023

**By ECF**
Hon. John P. Cronan
Southern District of New York
500 Pearl Street, Room 1320
New York, NY   10007

      **Re: United States v. Rodney Waggoner**
           **22-CR-557 (JPC)**

Dear Judge Cronan:

    I am writing to request an adjournment of the scheduled sentencing in Mr. Waggoner's case.  Currently, Mr. Waggoner's sentencing submission is due May 31, 2023; the government's submission is due June 7, 2023; and the sentencing hearing is scheduled for June 14, 2023.

    I am awaiting receipt of records that are relevant to Mr. Waggoner's sentencing submission.  Therefore, I respectfully request that the Court adjourn the deadline for sentencing submissions and the scheduled sentencing hearing for 60 days.  Below is a proposed Revised Scheduling Order:

- July 31, 2023: Sentencing Submissions Due
- August 7, 2023: Government Sentencing Submissions Due
- August 14, 2023: Sentencing Hearing

    Mr. Waggoner is currently on home detention, and no previous requests for an adjournment have been made.  I have consulted with the government, which does not object to this request.

The request is granted.  Mr. Waggoner's sentencing submission shall be filed by July 31, 2023; the Government's sentencing submission shall be filed by August 7, 2023; and the sentencing presently scheduled for 10:00 a.m. on June 14, 2023 is adjourned until 2:00 p.m. on August 14, 2023.

SO ORDERED.
Date: May 19, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge

Sincerely,

Michael Arthus
Assistant Federal Defender
212-417-8760

cc (by ECF): AUSA Ryan Finkel