

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 27, 2023

**BY ECF**
Hon. John P. Cronan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *United States v. Rodney Waggoner*, 22 Cr. 557 (JPC)

Dear Judge Cronan:

    The Government writes, without objection from the defendant, to request that the Court reschedule sentencing in this matter from September 20, 2023 at 10 a.m. to September 21, 2023 at 10:00 a.m. The undersigned is unavailable on September 20, 2023, due to preexisting travel plans. The parties contacted the Court's Chambers and understand that September 21, 2023 at 10:00 a.m. works for the Court.

    The Government is available to answer any questions the Court may have.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

by: /s/
    Ryan B. Finkel
    Assistant United States Attorney
    (212) 637-6612

This request is granted. The sentencing scheduled for September 20, 2023 is adjourned to September 21, 2023 at 10:00 a.m. The sentencing will be held in Courtroom 12D of 500 Pearl Street, New York, NY 10007.

SO ORDERED.
Date: August 28, 2023
New York, New York

JOHN P. CRONAN
United States District Judge